■ JOSEPH SELVA et al., Respondents, v MEDELINE AMBRUS LILLIE, M.D., et al., Defendants, and SYLVIA REGALLA, M.D., Appellant. [877 NYS2d 228]—Appeal from an order of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered July 2, 2008 in a medical malpractice action. The order denied the motion of defendant Sylvia Regalla, M.D. for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Martoche, Centra, Pine and Gorski, JJ.